# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 1 WAL 2015
:
           Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
DR. BARRY L. BENDER, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.